### *CURATOR OF LATROBE* vs. *SINNOTT.*

When the case is doubtful on its merits the judgment of the court below prevails.

APPEAL from the court of probates of the parish and city of New Orleans.

PORTER, J. delivered the opinion of the court.    This is an action in which the plaintiff claims $697 9 100 for the admeasurement and valuation of certain buildings erected by the late H. B. Latrobe.    The cause has been twice tried ; on the first examination of it, the judge of the probate court allowed sixty dollars, as a proper compensation for the work and labour of the plaintiff—from that judgment he appealed, and we remanded the cause, because the evidence on record did not enable us to perceive on what ground the judge allowed that sum.    *Ante, vol.* 1, 192.

It now returns to us with additional evi-
dence, and with another judgment of the
court below, allowing the plaintiff one hundred
dollars for his services.

East'n District.
*June*, 1824.

CURATOR OF
LATROBE
*vs.*
SINNOTT.

The principal ground on which the correct-
ness of the judgment is assailed is, that it is
proved by a variety of witnesses it is usu-
al and customary in this city to charge 2 1-2
per cent. on the value of the property measu-
red, and that the witnesses consider the work
worth that much.  In opposition to this cus-
tom, and the opinion formed on it, it was
proved on the part of the defendant, by the
city surveyor, that this is only a correct charge
where the property is of little value, and that
when it is of great amount, twenty dollars a
day is the proper compensation, and that
which he is in the habit of charging.

The judge below acted on the opinion of
this last witness, and we cannot say that he
erred.  The custom proved, appears to us a
most unreasonable one, and the opinion given
by the witnesses, as to the value of the labour,
founded on that custom, is entitled to little
weight.  The sum allowed, we think, a fair
compensation for the services rendered ; ad-
mitting it to be doubtful, the judgment of the

East'nDistrict. inferior court on a question of fact must prevail
June, 1824.
                here.

CURATOR OF
LATROBE          It is therefore ordered, adjudged and de-
vs.
SINNOTT.      creed, that the judgment of the court below be
              affirmed with costs.

                *Hennen* for the plaintiff, *Carleton* and
              *Morphy* for the defendant.